## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**

v.

**RONALD P. PRICE,**

Defendant.

_____/

Hon. Cathy L. Waldor

Mag. No. 10-7196

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph B. Shumofsky, Assistant U.S. Attorney), and defendant RONALD P. PRICE (by Linda Foster, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, from August 12, 2011 through October 10, 2011, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, so that the parties may attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate and finalize a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) The grant of a continuance will conserve judicial resources; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of August, 2011,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from August 12, 2011 through October 10, 2011; and it is further

ORDERED that the period of the 60 day continuance, from August 12, 2011 through October 10, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge


Form and entry
consented to:

_____
Joseph B. Shumofsky
Assistant U.S. Attorney


_____
Linda Foster, Esq.
Counsel for defendant Ronald P. Price

2